The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-174 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF |
| JULIO CESAR FIERRO VEGA, | |
| Defendant. | |

The Court, having considered the United States' Motion for Leave to File Over-Length Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #79) is GRANTED. The United States is granted leave to file its Motion For Revocation of Order of Release and for an Evidentiary Hearing in excess of 12 pages, but no more than 18 pages.

DATED this 31st day of July, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Fierro Vega*
CR18-174 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970